UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-v-                                          CASE NO. 6:08-CR-183-ORL-98KRS

ROBERTO CARRILLO

_____

ORDER

This case having been considered by the Court on the Report and Recommendation

Concerning Plea of Guilty (Doc. No. 31, filed September 24, 2008) and no objection thereto having

been filed, it is **ORDERED**:

1.      The Report and Recommendation of the United States Magistrate Judge

(Doc. No. 31) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.      Defendant Roberto Carrillo has entered a plea of guilty to Count One of the

Information knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is

adjudicated guilty of Counts One of the Information.

**DONE AND ORDERED** at Orlando, Florida, this 3rd day of October, 2008.

MARY S. SCRIVEN, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services